# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT
*July Term 2014*

**DAVID DUDZIAK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D12-4580

[August 6, 2014]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 2012CF006645 AXX.

Robert S. Gershman of Gershman & Gershman, P.A., Delray Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Angela E. Noble, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Alonso v. State*, 447 So. 2d 1029 (Fla. 4th DCA 1984).

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***